ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MARK G. LOSEE, ESQ.
Nevada Bar No. 12996
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, Nevada 89123
Telephone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORINE KOLTHOFF, individually;<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC dba ALBERTSON'S 212, a Foreign Limited-Liability Company; ALBERTSON'S STORES SUB, LLC, a Foreign Limited-Liability Company; ALBERTSON'S COMPANIES, INC.; DOES 1 – 10; and ROE CORPORATIONS 1 - 10, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00012-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**Pursuant to F.R.C.P 41(a), IT IS HEREBY STIPULATED and AGREED,** by and between the parties, ALBERTSON'S, LLC dba ALBERTSON'S 212, ALBERTSON'S STORES SUB, LLC and ALBERTSON'S COMPANIES, INC. by and through their attorneys of record, JACK P. BURDEN, ESQ. and JACQUELYN FRANCO, ESQ. of BACKUS | BURDEN, and Plaintiff NORINE KOLTHOFF by and through her attorneys ROBERT W. COTTLE, ESQ. and MARK G. LOSEE, ESQ. of THE COTTLE FIRM, that all claims against ALBERTSON'S, LLC dba ALBERTSON'S 212, ALBERTSON'S STORES SUB, LLC and ALBERTSON'S COMPANIES, INC. be dismissed with prejudice.

…

…

**IT IS FURTHER STIPULATED and AGREED** that each party to bear their own attorney's fees and costs.

DATED this 9th day of April, 2024.

**THE COTTLE FIRM**

/s/ Robert W. Cottle, Esq.
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MARK G. LOSEE, ESQ.
Nevada Bar No. 12996
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

DATED this 9th day of April, 2024.

**BACKUS | BURDEN**

/s/ Jacquelyn Franco, Esq.
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, Nevada 89117
*Attorneys for Defendants Albertson's, LLC dba Albertson's 212, Albertson's Stores Sub, LLC and Albertson's Companies, Inc.*

. . .

. . .

. . .

. . .

. . .

. . .

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon the stipulation of counsel for the dismissal of Defendants ALBERTSON'S, LLC dba ALBERTSON'S 212, ALBERTSON'S STORES SUB, LLC and ALBERTSON'S COMPANIES, INC., in the above-entitled action, *Norine Kolthoff v Albertson's, LLC dba Albertson's 212, Albertson's Stores Sub, LLC and Albertson's Companies, Inc.* Case No. 2:24-cv-00012-GMN-EJY, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants ALBERTSON'S, LLC dba ALBERTSON'S 212, ALBERTSON, STORES SUB, LLC and ALBERTSON'S COMPANIES, INC. be dismissed with prejudice, and each party to bear their own attorney's fees and costs.

DATED THIS __30__ DAY OF ____April____, 2024

_____
DISTRICT COURT JUDGE

**scoppage@cottlefirm.com**

**From:** Mark Losee <mlosee@cottlefirm.com>
**Sent:** Monday, April 29, 2024 2:24 PM
**To:** Sara Coppage
**Subject:** Fwd: Kolthoff vs Albertson's

Please add Ms. Franco's e-signature to the SAO. Then print out and attach only the emails between her and me from today. Then file the SAO with the Court. Thanks,

---------- Forwarded message ---------
From: **Jacquelyn Franco** <jacquelynfranco@backuslaw.com>
Date: Mon, Apr 29, 2024 at 2:21 PM
Subject: RE: Kolthoff vs Albertson's
To: Mark Losee <mlosee@cottlefirm.com>
Cc: Anne Raymundo <anneraymundo@backuslaw.com>, Katri Ching <kching@backuslaw.com>

Thank you Mark. You have permission to add my electronic signature.

Jackie


*Jacquelyn Franco, Esq.*

3050 South Durango Drive

Las Vegas, Nevada 89117

(702) 872-5555

(702) 872-5545 (f)


www.backuslaw.com


**Confidential and privileged email**: This email may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient, please contact BACKUS | BURDEN and delete all copies of this email.

1

**From:** Mark Losee <mlosee@cottlefirm.com>
**Sent:** Monday, April 29, 2024 10:06 AM
**To:** Jacquelyn Franco <jacquelynfranco@backuslaw.com>
**Subject:** Re: Kolthoff vs Albertson's

Please see attached. After your review, please advise if I may attach your e-signature. Thanks,

Mark G. Losee, Esq.

THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111
Fax: (702) 834-8555
MLosee@cottlefirm.com

On Mon, Apr 29, 2024 at 8:47 AM Jacquelyn Franco <jacquelynfranco@backuslaw.com> wrote:

Mark,

Please advise the status of the Dismissal.

Thank you,

Jackie

*Jacquelyn Franco, Esq.*

3050 South Durango Drive

Las Vegas, Nevada 89117

(702) 872-5555

(702) 872-5545 (f)

2

www.backuslaw.com

**Confidential and privileged email**: This email may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient, please contact BACKUS | BURDEN and delete all copies of this email.

**From:** Mark Losee <mlosee@cottlefirm.com>
**Sent:** Thursday, April 4, 2024 4:07 PM
**To:** Jacquelyn Franco <jacquelynfranco@backuslaw.com>
**Cc:** Sara Coppage <scoppage@cottlefirm.com>
**Subject:** Re: Kolthoff vs Albertson's

Jacquelyn, thank you for calling me. Per our phone call we have agreed to have this case dismissed with prejudice. I will draft and circulate the SAO this coming Tuesday. Additionally, with the case being dismissed the pending discovery requests are now moot. Thanks,

Mark G. Losee, Esq.

THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111
Fax: (702) 834-8555
MLosee@cottlefirm.com

On Thu, Apr 4, 2024 at 3:49 PM Mark Losee <mlosee@cottlefirm.com> wrote:

> Hi Ms. Franco, considering the surveillance video in this case, Plaintiff is willing to have this case dismissed with both parties being responsible for their own fees and costs. Could you please call me when you're able after receiving this email--you can call me on my cell if needed (435) 668-3688. Thanks,
>
> Mark G. Losee, Esq.

3

THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111
Fax: (702) 834-8555
MLosee@cottlefirm.com

WARNING - LEGAL CONFIDENTIALITY NOTICE. This electronic mail message contains confidential information intended only for the use of the individual or entity named above and may be protected by the attorney-client and/or attorney work product privilege. If the reader of this message is not the intended recipient, you are hereby informed that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately at (702) 722-6111 or by reply email and delete the original message and any copies from your system. Thank you.



This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

WARNING - LEGAL CONFIDENTIALITY NOTICE. This electronic mail message contains confidential information intended only for the use of the individual or entity named above and may be protected by the attorney-client and/or attorney work product privilege. If the reader of this message is not the intended recipient, you are hereby informed that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately at (702) 722-6111 or by reply email and delete the original message and any copies from your system. Thank you.



This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.